UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 9, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN JOHN SARGISSON,<br><br>Defendant. | Case No. 2:21-MJ-00173-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BENJAMIN JOHN SARGISSON</u>, Case No. <u>2:21-MJ-00173-CKD</u> Charge <u>18 USC § 922(o)</u>, from custody for the following reasons: for the following reasons:

        \_\_\_\_\_    Release on Personal Recognizance

          X    Bail Posted in the Sum of $ _____

                X    Unsecured Appearance Bond $ <u>50,000 (co-signed)</u>

                \_\_\_\_    Appearance Bond with 10% Deposit

                \_\_\_\_    Appearance Bond with Surety

                \_\_\_\_    Corporate Surety Bail Bond

                \_\_\_\_    (Other):_____.

Issued at Sacramento, California on December 9, 2021 at 3:38 p.m.:

Dated: December 9, 2021

*[Signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE